IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VANDA PHARMACEUTICALS INC., <br><br> Plaintiff, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> Defendant. | C.A. No. 18-651 (CFC) |
| VANDA PHARMACEUTICALS INC., <br><br> Plaintiff, <br><br> v. <br><br> APOTEX INC. and APOTEX CORP., <br><br> Defendants. | C.A. No. 18-689 (CFC) |
| VANDA PHARMACEUTICALS INC., <br><br> Plaintiff, <br><br> v. <br><br> MSN PHARMACEUTICALS INC. AND MSN LABORATORIES PRIVATE LIMITED, <br><br> Defendants. | C.A. No. 18-690 (CFC) |

## JOINT STIPULATION OF PROPOSED AMENDED SCHEDULE

WHEREAS, the parties to the above-captioned actions have, by separate joint stipulation, agreed to Plaintiff Vanda Pharmaceuticals Inc. ("Vanda") amending its Complaints to add counts of infringement for U.S. Patent No. 10,071,977 (the "'977 patent");

WHEREAS, the Court previously entered a Scheduling Order in the above-captioned actions, setting a trial date of June 15, 2020;

WHEREAS, the parties have agreed to jointly submit a proposed amended schedule for the above-captioned actions in view of Vanda's proposed amendment to its Complaints to add counts of infringement for the '977 patent;

WHEREAS, as part of the parties' joint proposed amended schedule, the parties respectfully propose, subject to the Court's approval, a *Markman* hearing date of September 2019 and a trial date of September 2020;

WHEREAS, the 30-month stay in the above-captioned actions does not expire before July 21, 2021;

NOW THEREFORE,

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned actions, subject to the approval of the Court, that the schedule for the above-captioned cases be modified as follows:

| Item # | Event | Current Date | Proposed Amended Date |
|---|---|---|---|
| 4. | Deadline for initial infringement contentions | October 4, 2018 | December 21, 2018 ('977 patent only) |
| 5. | Deadline for Initial Invalidity Contentions | November 20, 2018 | January 25, 2019 ('977 patent only) |
| 6. | Deadline to exchange claim term(s)/phrase(s) | November 30, 2018 | February 1, 2019 |
| 7. | Deadline to exchange proposed constructions | December 12, 2018 | February 15, 2019 |
| 8. | Exchange intrinsic evidence in support of proposed constructions | December 17, 2018 | March 1, 2019 |
| 9. | Deadline to submit joint claim construction chart | December 21, 2018 | March 8, 2019 |
| 10. | Deadline to serve Plaintiff's opening claim construction brief | January 24, 2019 | April 12, 2019 |
| 11. | Deadline to serve Defendants' answering claim construction brief | February 28, 2019 | May 17, 2019 |

| Item # | Event | Current Date | Proposed Amended Date |
|---|---|---|---|
| 12. | Deadline for joinder of other parties and amendment of pleadings | February 28, 2019 | February 28, 2019 |
| 13. | Deadline to serve Plaintiff's reply claim construction brief | March 21, 2019 | June 14, 2019 |
| 14. | Deadline to serve Defendants' sur-reply claim construction brief | April 11, 2019 | July 12, 2019 |
| 15. | Deadline to file joint claim construction brief | April 17, 2019 | July 26, 2019 |
| 16. | Deadline for substantial completion of document production | April 30, 2019 | August 16, 2019 |
| 17. | Claim Construction Hearing (i.e., *Markman* Hearing) | May 20, 2019 at 9 a.m. | ~~September 2019~~ *October 10, 2019 1:00 p.m.* |
| 18. | Final supplementation of accused products and invalidity references | Thirty (30) days after the Court issues its claim-construction ruling | No change |
| 19. | Fact discovery cut-off | August 2, 2019 | November 15, 2019 |
| 20. | Deadline for disclosure of expert testimony for the party who has the initial burden of proof on the subject matter | September 13, 2019 | December 20, 2019 |
| 21. | Deadline for supplemental disclosure to contradict or rebut evidence on the same matter identified by another party | October 25, 2019 | January 24, 2020 |
| 22. | Deadline for reply expert reports from the party with the initial burden of proof | December 6, 2019 | February 28, 2020 |
| 23. | Expert discovery cut-off | February 14, 2020 | April 24, 2020 |
| 24. | Deadline to file *Daubert* motions | February 28, 2020 | May 29, 2020 |
| 25. | Pretrial Conference | May 28, 2020 at 4:30 p.m. | ~~August~~____, 2020 at ____ .m. *Sept. 24, 2020 at 4:00 pm* |
| 26. | Trial (5 days) | June 15, 2020 at 9:30 a.m. | ~~September~~____, 2020 at 9:30 am *October 5, 2020 at 9:30 am* |

3

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SHAW KELLER LLP |
|---|---|
| */s/ Derek J. Fahnestock* | */s/ Nathan R. Hoeschen* |
| Karen Jacobs (#2881)<br>Derek J. Fahnestock (#4705)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>kjacobs@mnat.com<br>dfahnestock@mnat.com | John W. Shaw (#3362)<br>Karen E. Keller (#4489)<br>Nathan R. Hoeschen (#6232)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com |
| *Attorneys for Plaintiff*<br>*Vanda Pharmaceuticals Inc.* | *Attorneys for Defendant*<br>*Teva Pharmaceuticals USA, Inc.* |
| OF COUNSEL:<br><br>Nicholas Groombridge<br>Eric Alan Stone<br>Kira A. Davis<br>Josephine Young<br>Daniel J. Klein<br>Jennifer Rea Deneault<br>PAUL, WEISS, RIFKIND, WHARTON<br>    & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019<br>(212) 373-3000 | OF COUNSEL:<br><br>J.C. Rozendaal<br>Deirdre M. Wells<br>William H. Milliken<br>STERNE, KESSLER, GOLDSTEIN<br>& FOX P.L.L.C.<br>1100 New York Avenue, N.W., Suite 600<br>Washington, DC 20005<br>(202) 772-8747 |

4

| | |
|---|---|
| COZEN O'CONNOR | PHILLIPS, GOLDMAN, MCLAUGHLIN, & HALL |
| /s/ *Thomas J. Francella, Jr.* | /s/ *John C. Phillips, Jr.* |
| Thomas J. Francella, Jr. (#3835)<br>1201 North Market Street, Suite 1001<br>Wilmington, DE 19801<br>(302) 295-2025<br>tfrancella@cozen.com | John C. Phillips, Jr. (#110)<br>David A. Bilson (#4986)<br>1200 North Broom Street<br>Wilmington, DE 19806<br>(302) 655-4200<br>jcp@pgslaw.com<br>dab@pgslaw.com |
| *Attorneys for Defendants Apotex Inc. and Apotex Corp.* | *Attorneys for Defendants MSN Pharmaceuticals Inc. and MSN Laboratories Private Limited* |
| OF COUNSEL:<br><br>Barry P. Golob<br>W. Blake Coblentz<br>Aaron S. Lukas<br>COZEN O'CONNOR<br>1200 Nineteenth Street N.W.<br>Washington, DC 20036<br>(202) 912-4800<br><br>Keri L. Schaubert<br>COZEN O'CONNOR<br>277 Park Avenue<br>New York, NY 10172<br>(212) 883-4900<br><br>December 7, 2018 | OF COUNSEL:<br><br>Kevin E. Warner<br>Bryce A. Cooper<br>Reid F. Smith<br>Elizabeth E. Grden<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, IL 60601<br>(312) 558-5600 |

SO ORDERED this 11th day of December, 2018.

_____
United States District Judge